UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRADLEY WAYNE MOORE,
    Plaintiff,

vs.                                    Case No.: 3:24-cv-208/MCR/ZCB

CITY OF FORT WALTON BEACH,
    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on September 30, 2024. (Doc. 19). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 19) is adopted and incorporated by reference in this order.

2. Plaintiff's Second Amended Complaint (Doc. 16) is **DISMISSED** as an impermissible shotgun pleading.

3. The Clerk of Court is directed to close the case.

**DONE AND ORDERED** this 31st day of December 2024.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**